# Court of Appeals
# of the State of Georgia

ATLANTA,   May 25, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1869.  BENJAMIN CANNON v THE GEORGIA DEPARTMENT OF HUMAN RESOURCES EX. REL., LAUREN THOMPSON.**

Benjamin Cannon has filed a direct appeal from an order requiring him to pay child support on behalf of his child.  We lack jurisdiction.  Appeals in domestic relations cases must be taken by application for discretionary appeal.  See OCGA § 5-6-35 (a) (2).  Because Cannon failed to follow the proper appellate procedure, his appeal is DISMISSED for lack of jurisdiction. See *Fitzgerald v. Department of Human Resources*, 231 Ga. App. 129 (497 SE2d 659) (1998).



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 05/25/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



, *Clerk.*